UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MORVELIS VALDEZ-CHACON, Petitioner, | § § § | CIVIL ACTION NO. 4:25-CV-04832 |
| v. | § § § | |
| RANDY TATE, *et al.*, Respondents. | § § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner Morvelis Valdez-Chacon has filed a Notice of Voluntary Dismissal, which the Court construes as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a). Accordingly, the Court **ORDERS** as follows:

1. Petitioner's motion for voluntary dismissal (Doc. No. 5) is **GRANTED**, and this case is **DISMISSED without prejudice**.

2. All settings and deadlines are **VACATED**, and all other pending motions are **DENIED** as **MOOT**.

The Clerk will enter this Order and provide a copy to all parties of record.

SIGNED on this ___15th___ day of October 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE